UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SECURITIES AND EXCHANGE COMMISSION,       :   22cv4254 (DLC)
                                          :
                    Plaintiff,            :   ORDER
          -v-                             :
                                          :
FRANK B. GLASSNER,                        :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

On January 26, 2023, the plaintiff submitted a status report indicating that it expected to submit a proposed settlement for the Court's consideration on or before March 27, 2023. It is hereby

ORDERED that a conference shall be held in this case on April 7, 2023 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
          January 27, 2023

                              _____
                                      DENISE COTE
                              United States District Judge