```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
SECURITIES AND EXCHANGE COMMISSION,    :     22cv4254 (DLC)
                                       :
                    Plaintiff,         :     ORDER
          -v-                          :
                                       :
FRANK B. GLASSNER,                     :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    A conference in this case is currently scheduled for April 7, 2023 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007.  It is hereby

    ORDERED that the conference shall be held on April 7, 2023 at 10:00 a.m.

Dated:    New York, New York
            March 28, 2023

                              _____
                                  DENISE COTE
                      United States District Judge